IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. PERRYMAN, | No. C-10-1419 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, et. al., | |
| Defendant(s). | |

This civil rights action by a prisoner was filed on April 5, 2010. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.

1  Doc. ## 2 & 4.

2         Over forty-five days have elapsed since Plaintiff was
3  notified of his filing deficiency; however, he has neither provided
4  the Court with the requisite items nor filed a request for an
5  extension of time to do so.  The action, therefore, is DISMISSED
6  without prejudice.

7         The Clerk shall terminate all pending motions as moot and
8  close the file.

10         IT IS SO ORDERED.

12  DATED   05/21/10                  _____
                                      THELTON E. HENDERSON
13                                    United States District Judge

26  G:\PRO-SE\TEH\CR.10\Perryman-10-1419-ifp-dismissal.wpd

**2**